#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00560-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERRY CHARLES SMITH,

        Defendant.

---

#### ORDER DISCHARGING THE DEFENDANT FROM THE
#### LOCATION MONITORING PROGRAM

---

      This matter comes before the Court on report of the Probation Officer concerning the modification of supervised release imposed May 11, 2009, requiring 180 days on the Location Monitoring Program (LMP).  The Probation Officer advises the Court that the defendant has been on the LMP for 90 days without incident.  He is stable in both residence and employment, has been compliant with his drug treatment program, and drug testing has been negative.  As a result, the Probation Officer recommends that the defendant be discharged early from the LMP.  The government has no objection to this proposed relief.  It is

      ORDERED that the defendant be discharged from the LMP.

      DATED at Denver, Colorado, this 11th day of August, 2009.

                                              BY THE COURT:

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge