# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00560-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY CHARLES SMITH,
    a/k/a "Tracy Jackson,"
    a/k/a "Terry Jackson,"
    a/k/a "Charles Smith,"
    a/k/a "Charles Jones,"
    a/k/a "Jerry C. Smith,"
    a/k/a "T-Dog,"
    a/k/a "Deuce Trey,"

    Defendant.

## MINUTE ORDER[1]

On **September 17, 2010**, commencing at 8:30 a.m., the court shall conduct a revocation of supervised release hearing in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.