# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 03-cr-00560-REB-01 |
| | USM Number: 32554-013 |
| TERRY CHARLES SMITH<br>a/k/a Tracy Jackson<br>a/k/a Terry Jackson<br>a/k/a Charles Smith<br>a/k/a Charles Jones<br>a/k/a Jerry C. Smith<br>a/k/a T-Dog<br>a/k/a Deuce Trey | Edward Harris, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Submit Written Reports | 12/09 |

  The defendant is sentenced as provided in pages 3 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  Violation 7 was withdrawn by the government, and the defendant is discharged as to such violation.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

  It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 17, 2010
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

September 27, 2010
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 09/21/09 |
| 3 | Violation of the Law:  Threats to Person or Property | 09/25/09 |
| 4 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 09/25/09 |
| 5 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 04/27/10 |
| 6 | Failure to Participate in Treatment as Directed (Prohibited Use of Alcohol) | 04/27/10 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months.

The Court recommends that the Bureau of Prisons credit the defendant with time spent in presentence confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal