**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Action No.  03-cr-00560-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TERRY CHARLES SMITH,

      Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing , and the defendant was remanded to the custody of the United States Marshal at sentencing.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, December 30, 2010.

BY THE COURT:

Robert E. Blackburn
United States District Judge